No. 80–904. CALIFORNIA v. HALL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–1057. 400 CONDOMINIUM ASSN. ET AL. v. TULLY, COOK COUNTY ASSESSOR, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–1060. TAYLOR v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 80–1164. McVICKER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–1200. ROZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–1201. HOLLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80–1213. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 80–1217. CITY OF GALLUP v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. 

No. 80–1227. TANNER ET AL. v. McCALL. C. A. 5th Cir. Certiorari denied. 

No. 80–1228. BULLARD v. WEBSTER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION. C. A. 5th Cir. Certiorari denied.

No. 80–1236. MOTOR VEHICLE MANUFACTURERS ASSOCIATION OF THE UNITED STATES, INC., ET AL. v. COSTLE, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. 6th Cir. Certiorari denied. 
